**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

JEREMY A. TERRY,                          )
                                          )
                        Petitioner,       )
v.                                        )          No. 1:06-cv-922-SEB-VSS
                                          )
RON RICE,                                 )
                                          )
                        Respondent.       )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for
a writ of habeas corpus and this action is **dismissed with prejudice.**

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: ___11/03/2006___

Distribution:

Jeremy Terry  DOC #933421
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770